**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sabir Qasim,<br><br>　　　　Defendant. | No. CV-23-01581-PHX-SHD<br><br>**FINAL JUDGMENT AND ORDER** |

　　　　For the reasons set forth in the Court's previous decision (Doc. 65), the Court finds in favor of Plaintiff United States of America. The Court enters the following judgment:

　　　　1.　　The order admitting Sabir Qasim to U.S. citizenship is hereby revoked, set aside, and declared void and Defendant Qasim's certificate of naturalization (No. 32 836 810) is hereby cancelled, effective as of the original date of the order and certificate, respectively.

　　　　2.　　Defendant Qasim is precluded from claiming or exercising any rights, privileges, or advantages of United States citizenship based on his November 13, 2009 naturalization or any document which evidences his citizenship based on his November 13, 2009 naturalization.

　　　　3.　　No later than **December 16, 2025**, Defendant Qasim shall surrender to counsel for the United States his original certificate of naturalization (No. 32 836 810), any United States passport or passport cards issued to him, any Real ID issued to him, and any copies of such documents. Defendant Qasim shall send these documents to the following

address:

>Christopher Lyerla
>Department of Justice
>Office of Immigration Litigation
>450 5th Street NW, Ste. 5036
>Washington, DC 20001

4. The Parties shall appear for a compliance hearing on **Friday, December 19, 2025, at 10:00 a.m.** No later than **December 17, 2025**, the Parties shall file a joint statement regarding Defendant Qasim's compliance with this Judgment. If the joint statement indicates that Defendant Qasim has fully complied with this Judgment, the hearing may be canceled.

5. Defendant Qasim shall file any motion to stay the effect of this judgment no later than **December 3, 2025**. The United States shall file a response no later than **December 10, 2025**. Defendant Qasim shall file any reply no later than **December 17, 2025**.

6. The United States shall hold Defendant Qasim's certificate of naturalization, passport or passport cards, and Real ID, and any copies thereof, until this Court and, if necessary, the Ninth Circuit Court of Appeals, has ruled on any motion to stay. If either Court grants a motion to stay, the United States shall promptly return the certificate of naturalization, passport or passport cards, Real ID, and any copies thereof to Defendant Qasim.

Dated this 2nd day of December, 2025.

_____
Honorable Sharad H. Desai
United States District Judge